No. 82–2091.   MOODY *v.* MEYERS ET AL.   C. A. 5th Cir.   Motions of Washington Legal Foundation, American Conservative Union et al., and Citizens Economic Foundation for leave to file briefs as *amici curiae* granted.   Certiorari denied.